No. 35. WALL ET AL. *v.* McNEE. Argued November 13, 1935. Decided November 18, 1935. *Per Curiam:* As appellants, de-

548

fendants below, are not state officers within the meaning of § 266 of the Judicial Code (*Spielman Motor Co.* v. *Dodge,* 295 U. S. 89, 92; *Ex parte Collins,* 277 U. S. 565, 568; *Ex parte Public National Bank,* 278 U. S. 101, 104; *School District No. 7* v. *Hunnicut,* 283 U. S. 810; *Ex parte Everglades Drainage District,* 293 U. S. 521; *Everglades Drainage Dist.* v. *Florida Ranch & Dairy Corp.,* 74 F. (2d) 914, 915, 916; *Rorick* v. *Everglades Drainage,* 27 F. (2d) 377, 380, 381), the decree herein is reversed and the cause remanded to the District Court for further proceedings to be taken independently of § 266 of the Judicial Code, *Gully* v. *Interstate Natural Gas Co.,* 292 U. S. 16, 18, 19. *Mr. H. E. Carter,* Assistant Attorney General of Florida, with whom *Mr. Cary D. Landis,* Attorney General, and *Mr. J. V. Keen,* Assistant Attorney General, were on the brief, for appellants. *Mr. D. C. Hull,* with whom *Messrs. Erskine W. Landis* and *Francis P. Whitehair* were on the brief, for appellee. See 4 F. Supp. 496.